UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br><br>CUSTOMS AND TAX ADMINISTRATION OF THE KINGDOM OF DENMARK (SKATTEFORVALTNINGEN) TAX REFUND SCHEME LITIGATION<br><br>This document relates to: 1:18-cv-10028 (LAK); 1:18-cv-10030 (LAK); 1:18-cv-10031 (LAK); 1:18-cv-10032 (LAK); 1:18-cv-10035 (LAK); 1:18-cv-10036 (LAK); 1:18-cv-10039 (LAK); 1:18-cv-10049 (LAK); 1:18-cv-10060 (LAK); 1:18-cv-10061 (LAK); 1:18-cv-10062 (LAK); 1:18-cv-10063 (LAK); 1:18-cv-10064 (LAK); 1:18-cv-10065 (LAK); 1:18-cv-10066 (LAK); 1:18-cv-10069 (LAK); 1:18-cv-10070 (LAK); 1:18-cv-10071 (LAK); 1:18-cv-10073 (LAK); 1:18-cv-10074 (LAK); 1:18-cv-10076 (LAK); 1:18-cv-10077 (LAK); 1:18-cv-10080 (LAK); 1:18-cv-10082 (LAK); 1:18-cv-10083 (LAK); 1:18-cv-10086 (LAK); 1:18-cv-10096 (LAK). | 18-MD-2865 (LAK)<br><br>ECF Case |

## **PROOF OF SERVICE**

I hereby certify that on the 8th day of January, 2021, the Notice of Motion to Withdraw as Counsel, the Memorandum of Law in Support of Motion to Withdraw as Counsel, and the Declaration of Mark D. Allison, Esquire, filed through the ECF system, were electronically sent to the registered participants as identified on the Notice of Electronic Filing.

Further, on the 8th day of January, 2021, copies of the documents were also served via electronic mail and Federal Express, Standard Overnight on Defendants Matthew Tucci, FiftyEightSixty LLC Solo 401K Plan, OneZeroFive LLC Solo 401K Plan, The Beech Tree Partners 401K Plan, The Blackbird 401K Plan, The Cardinal Consulting Pension Plan, The Chambers Property Management LLC 401K Plan, The Crow Associates Pension Plan, The Egret

Associates LLC 401K Plan, The Everything Clean LLC 401K Plan, The Hawk Group Pension Plan, The Heron Advisors Pension Plan, The Hibiscus Partners LLC 401K Plan, The Hoboken Advisors LLC 401K Plan, The Jayfran Blue Pension Plan, The JT Health Consulting LLC 401K Plan, The Jump Group LLC 401K Plan, The Lakeview Advisors 401K Plan, The Maple Advisors LLC 401K Plan, The Oaks Group Pension Plan, The Osprey Associates LLC 401K Plan, The Robin Daniel Pension Plan, The Sandpiper Pension Plan, The Sea Bright Advisors LLC 401K Plan, The Tag Realty Advisors LLC 401K Plan, The Throckmorton Advisors 401K Plan, The Wave Maven LLC 401K Plan, and The Zen Training LLC 401K Plan at:

>Matthew Tucci and Associated Pension Plans
>[redacted]
>Palm Beach Gardens, FL 33410
>tuccim1@gmail.com

The Federal Express mailing label is attached as Exhibit "A."

January 8, 2021

>CAPLIN & DRYSDALE, CHARTERED
>
>s/ Mark D. Allison
>By: Mark D. Allison
>
>Mark D. Allison
>600 Lexington Avenue, 21st Floor
>New York, New York 10022
>(212) 379-6000
>mallison@capdale.com



**After printing this label**:
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



Exhibit A